IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

URBAN & TAYLOR S.C.,
individually and as the representatives of
a class of similarly situated persons or entities,   **Case No. 15-cv-00973-DEJ**

       Plaintiff,

v.

FAIR WORTH LEGAL FINANCE,

       Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action, without prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| Urban & Taylor S.C. | Fair Worth Legal Finance |
| --- | --- |
| | (a fictitious business name owned by FairWorth, Inc.) |
| By: *s/ Jay A. Urban* | By: *s/ Richard Wagner* |
| Jay A. Urban | Richard Wagner |
| Wisconsin State Bar No. 1018098 | California State Bar No. 67912 |
| Attorney for Plaintiff | Attorney for Defendant and for FairWorth, Inc. |
| Urban Taylor Law Building | 1702 S. Robertson Blvd., Suite 169 |
| 4701 North Port Washington Road | Los Angeles, California 90035 |
| Milwaukee, Wisconsin 53212 | Telephone: (310) 858-3855 |
| Telephone: (414) 906-1700 | Facsimile: (310) 270-4701 |
| Facsimile: (414) 906-5333 | Email: rwagnerlaw@gmail.com |
| Email: jurban@wisconsininjury.com | |
| Dated: December 15, 2015 | Dated: December 15, 2015 |